UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANGELIQUE M AYLSWORTH,<br><br>   Plaintiff,<br>   v.<br>WELLS FARGO BANK, et al.,<br><br>   Defendants.<br>_____/ | No. C 13-02286 LB<br><br>**AMENDED[1] ORDER LIFTING STAY AND CONTINUING THE CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulation, the court stayed this action until October 28, 2013 to allow the parties time to discuss settlement. 10/1/2013 Order, ECF No. 26. In their October 31, 2013 case management statement, the parties informed the court that the matter has not settled and that Defendants intend to file motions to dismiss no later than November 11, 2013. CMC Statement, ECF No. 33. Given these facts, the court makes clear that the stay of this action is **LIFTED** and **CONTINUES** the initial case management conference, which currently is set for November 7, 2013, to **January 23, 2014 at 11:00 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. Furthermore, in light of this continuance, Plaintiff's administrative to appear by telephone at it is **DENIED AS MOOT**.

---

[1] The court amends its prior order to make clear that the case management conference is continued to January 23, 2014, not January 23, 2013.

C 13-02286 LB
AMENDED ORDER

1 **IT IS SO ORDERED.**

2 Dated: November 1, 2013

3 _____
LAUREL BEELER
United States Magistrate Judge

C 13-02286 LB
AMENDED ORDER   2